**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

LARRY RUMBOUGH,

        Plaintiff,               CASE NO.:  6:09-CV-657-ORL-18GJK

vs.

AT&T, INC.,
NATIONWIDE CREDIT, INC.,
and FRANKLING COLLECTION SERVICE, INC.

        Defendant.
_____/

**<u>DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES</u>**

        COMES NOW, Defendants, FRANKLIN COLLECTION SERVICE, INC., ("Franklin")

and AT&T, Inc., ("AT&T") by and through its undersigned attorney, and files this Answer and

Affirmative Defenses to the Complaint, and states:

1. Denied.

2. Denied.

3. Denied.

4. Denied.

5. Defendant is without sufficient knowledge to admit or deny the allegation contained in

    this Paragraph of Plaintiff's Complaint, therefore denied.

6. Defendant is without sufficient knowledge to admit or deny the allegation contained in

    this Paragraph of Plaintiff's Complaint, therefore denied.

7. Denied.

8. Defendant is without sufficient knowledge to admit or deny the allegation contained in

    this Paragraph of Plaintiff's Complaint, therefore denied.

9. Defendant is without sufficient knowledge to admit or deny the allegation contained in this Paragraph of Plaintiff's Complaint, therefore denied.

10. Defendant is without sufficient knowledge to admit or deny the allegation contained in this Paragraph of Plaintiff's Complaint, therefore denied.

11. Defendant is without sufficient knowledge to admit or deny the allegation contained in this Paragraph of Plaintiff's Complaint, therefore denied.

12. Defendant is without sufficient knowledge to admit or deny the allegation contained in this Paragraph of Plaintiff's Complaint, therefore denied.

13. Defendant is without sufficient knowledge to admit or deny the allegation contained in this Paragraph of Plaintiff's Complaint, therefore denied.

14. Admit that Franklin attempted to collect a debt from plaintiff, as to all other allegations contained herein, denied.

15. Defendant is without sufficient knowledge to admit or deny the allegation contained in this Paragraph of Plaintiff's Complaint, therefore denied.

16. Defendant is without sufficient knowledge to admit or deny the allegation contained in this Paragraph of Plaintiff's Complaint, therefore denied.

17. Defendant is without sufficient knowledge to admit or deny the allegation contained in this Paragraph of Plaintiff's Complaint, therefore denied.

18. Defendant is without sufficient knowledge to admit or deny the allegation contained in this Paragraph of Plaintiff's Complaint, therefore denied.

19. Defendant is without sufficient knowledge to admit or deny the allegation contained in this Paragraph of Plaintiff's Complaint, therefore denied.

20. Defendant is without sufficient knowledge to admit or deny the allegation contained in this Paragraph of Plaintiff's Complaint, therefore denied.

21. Defendant is without sufficient knowledge to admit or deny the allegation contained in this Paragraph of Plaintiff's Complaint, therefore denied.

22. Defendant is without sufficient knowledge to admit or deny the allegation contained in this Paragraph of Plaintiff's Complaint, therefore denied.

23. Defendant is without sufficient knowledge to admit or deny the allegation contained in this Paragraph of Plaintiff's Complaint, therefore denied.

24. Defendant is without sufficient knowledge to admit or deny the allegation contained in this Paragraph of Plaintiff's Complaint, therefore denied.

25. Defendant is without sufficient knowledge to admit or deny the allegation contained in this Paragraph of Plaintiff's Complaint, therefore denied.

26. Defendant is without sufficient knowledge to admit or deny the allegation contained in this Paragraph of Plaintiff's Complaint, therefore denied.

27. Defendant is without sufficient knowledge to admit or deny the allegation contained in this Paragraph of Plaintiff's Complaint, therefore denied.

28. Defendant is without sufficient knowledge to admit or deny the allegation contained in this Paragraph of Plaintiff's Complaint, therefore denied.

29. Defendant is without sufficient knowledge to admit or deny the allegation contained in this Paragraph of Plaintiff's Complaint, therefore denied.

30. Defendant is without sufficient knowledge to admit or deny the allegation contained in this Paragraph of Plaintiff's Complaint, therefore denied.

31. Defendant is without sufficient knowledge to admit or deny the allegation contained in this Paragraph of Plaintiff's Complaint, therefore denied.

32. Defendant is without sufficient knowledge to admit or deny the allegation contained in this Paragraph of Plaintiff's Complaint, therefore denied.

33. Defendant is without sufficient knowledge to admit or deny the allegation contained in this Paragraph of Plaintiff's Complaint, therefore denied.

34. Defendant is without sufficient knowledge to admit or deny the allegation contained in this Paragraph of Plaintiff's Complaint, therefore denied.

35. Defendant is without sufficient knowledge to admit or deny the allegation contained in this Paragraph of Plaintiff's Complaint, therefore denied.

36. Defendant is without sufficient knowledge to admit or deny the allegation contained in this Paragraph of Plaintiff's Complaint, therefore denied.

37. Defendant is without sufficient knowledge to admit or deny the allegation contained in this Paragraph of Plaintiff's Complaint, therefore denied.

38. Defendant is without sufficient knowledge to admit or deny the allegation contained in this Paragraph of Plaintiff's Complaint, therefore denied.

39. Defendant is without sufficient knowledge to admit or deny the allegation contained in this Paragraph of Plaintiff's Complaint, therefore denied.

40. Defendant is without sufficient knowledge to admit or deny the allegation contained in this Paragraph of Plaintiff's Complaint, therefore denied.

41. Defendant incorporates its responses to Paragraphs 1 – 40 as though fully set forth herein.

42. Denied.

43. Defendant is without sufficient knowledge to admit or deny the allegation contained in this Paragraph of Plaintiff's Complaint, therefore denied.

44. Denied (a through e inclusive).

45. Defendant incorporates its responses to Paragraphs 1 – 40, as though fully set forth herein.

46. Denied.

47. Denied.

48. Denied (a through h inclusive).

49. Defendant incorporates its responses to Paragraphs 1 – 40, as though fully set forth herein.

50. Denied.

51. Defendant is without sufficient knowledge to admit or deny the allegation contained in this Paragraph of Plaintiff's Complaint, therefore denied.

52. Defendant is without sufficient knowledge to admit or deny the allegation contained in this Paragraph of Plaintiff's Complaint, therefore denied.

53. Defendant incorporates its responses to Paragraphs 1 – 40, as though fully set forth herein.

54. Denied.

55. Defendant is without sufficient knowledge to admit or deny the allegation contained in this Paragraph of Plaintiff's Complaint, therefore denied.

56. Defendant is without sufficient knowledge to admit or deny the allegation contained in this Paragraph of Plaintiff's Complaint, therefore denied.

## First Affirmative Defense

Defendant asserts, without admitting any liability whatsoever, that Plaintiff's claims for emotional distress damages are barred by the impact rule, as Plaintiff has failed to allege physical injury or impact.

## Second Affirmative Defense

Defendant asserts, without admitting any liability whatsoever, that Plaintiff fails to state a cause of action upon which relief can be granted.

## Third Affirmative Defense

Defendant asserts, without admitting any liability whatsoever, that any violation of federal or state law was unintentional and the result of a bona fide error, notwithstanding reasonable procedures in place to prevent such errors.

## Fourth Affirmative Defense

Defendant reserves the right to assert other affirmative defenses, which may be developed in discovery, or which may be appropriate.

WHEREFORE, Defendant having fully answered Plaintiff's Complaint, hereby request this Court dismiss the Complaint with prejudice and award Defendant its attorneys' fees and costs pursuant to 15 U.S.C. 1692k and Fla. Stats., §559.77, along with any further relief this Court deems just.

Respectfully submitted by:

**GOLDEN & SCAZ, PLLC**
2124 W. Kennedy Blvd., Suite A
Tampa, Florida  33606
Telephone:  (813) 251-5500
Facsimile:   (813) 251-3675
E-mail:   dale.golden@goldenscaz.com


By: _____/s/ Dale T. Golden_____
        Dale T. Golden, Esquire
        Florida Bar No.: 0094080

### CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to all parties of record, this 29th day of April, 2009.


            _____/s/ Dale T. Golden_____

            DALE T. GOLDEN, ESQUIRE
            Florida Bar No. 0094080