

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

LARRY RUMBOUGH
Plaintiff,

-v-

Case No. 6:09-cv-00657-JA-GJK

AT&T, INC.; NATIONWIDE CREDIT, INC.;
and FRANKLIN COLLECTION SERVICE, INC.
Defendants.

## PLAINTIFF'S MOTION TO STRIKE AS A SHAM PLEADING DEFENDANT NATIONWIDE CREDIT, INC.'S MOTION TO DISMISS PLAINITFF'S COMPLAINT

Plaintiff, Larry Rumbough, hereby moves to strike as a sham pleading, pursuant to Fed.R.Civ.P. 12(f), Defendant Nationwide Credit, Inc.'s Motion to Dismiss Plaintiff's Complaint, and states:

1. As outlined in Plaintiff's Motion to Strike as a Sham Pleading Defendant Nationwide Credit, Inc.'s Notice of Removal of Action to Federal Court and Motion to Remand the Case to State Court, Nationwide Credit, Inc. (NCI) did not abide by the basic requirements of filing a Notice of Removal in a timely fashion nor did it serve all parties.

2. Because of these failings on the part of NCI, the Court must remand the case to state Court. Thus, the Court does not have jurisdiction to rule on dispositive motions. Because NCI's immaterial motion may not be heard by the Court, it is a sham pleading.

WHEREFORE, Plaintiff requests that NCI's Motion to Dismiss Plaintiff's Complaint Court be stricken as a sham pleading.

Dated: May 11, 2009

Respectfully submitted,

*Larry Rumbough* (signature)

Larry Rumbough
840 Lilac Trace Lane
Orlando, FL 32828
321-331-1859

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been delivered this 11th day of May, 2009 by U.S. Mail delivery to:

Elizabeth R. Wellborn
1701 West Hillsboro, Blvd., Suite 307
Deerfield Beach, FL 33442

Dale T. Golden
Golden & Scaz, PLLC
2124 W. Kennedy Blvd., Suite A
Tampa, FL 33606

AT&T, Inc.
c/o C T Corporation System
1200 South Pine Island Road
Plantation, FL 33324

*Larry Rumbough* (signature)

Larry Rumbough
840 Lilac Trace Lane
Orlando, FL 32828
(321) 331-1859

## CERTIFICATION OF CONFERENCE

Plaintiff, Larry Rumbough, certifies that he has attempted to confer in good faith regarding this motion as required by Local Rule 3.01(g) with Elizabeth R. Wellborn, Attorney for Nationwide Credit, Inc. and Dale T. Golden, Attorney for Franklin Collection Service, Inc. Plaintiff called and left messages for Ms. Wellborn on 5/4/09 and 5/11/09 and for Mr. Golden on 5/11/09. Neither of those attorneys has returned Plaintiff's calls. Plaintiff will continue to attempt to confer with both attorneys on a daily basis until he has reached them and will timely

supplement this certification to the Court with their responses. To Plaintiff's knowledge, no attorney has appeared for AT&T.

_Larry Rumbough_
Larry Rumbough