**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

LARRY RUMBOUGH,

    Plaintiff,                                   CASE NO.:

vs.

AT&T, INC.,
NATIONWIDE CREDIT, INC.,
and FRANKLING COLLECTION SERVICE, INC.

    Defendant.
_____/

**NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.04(c), Defendant, AT&T, Inc., hereby certifies that the instant action

_____   IS       related to pending or closed civil criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

_____
_____

__X__   IS NOT   related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State Court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than eleven days after appearance of the party.

    Dated: May 13, 2009

Respectfully submitted by:

**GOLDEN & SCAZ, PLLC**
2124 W. Kennedy Blvd., Suite A
Tampa, Florida  33606
Telephone:  (813) 251-5500
Facsimile:   (813) 251-3675
E-mail:  dale.golden@goldenscaz.com

By: ____/s/ Dale T. Golden_____
       Dale T. Golden, Esquire
       Florida Bar No.: 0094080

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to all parties of record, this 13th day of May, 2009.

_____/s/ Dale T. Golden_____

DALE T. GOLDEN, ESQUIRE
Florida Bar No. 0094080