RECEIVED
2009 MAY 21 PM 4:48
U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LARRY RUMBOUGH
    Plaintiff,

-v-                                Case No. 6:09-cv-00657-JA-GJK

AT&T, INC.; NATIONWIDE CREDIT, INC.;
and FRANKLIN COLLECTION SERVICE, INC.
    Defendants.

### PLAINTIFF'S MOTION TO STRIKE AS A SHAM PLEADING DEFENDANTS AT&T, INC. AND FRANKLIN COLLECTION SERVICE, INC.'S DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES

Plaintiff, Larry Rumbough, hereby moves to strike as a sham pleading, pursuant to Fed.R.Civ.P. 12(f), Defendants AT&T, Inc. and Franklin Collection Service, Inc.'s Defendant's Answer and Affirmative Defenses, and states:

1. Dale Golden, attorney for AT&T, Inc. (AT&T) and Franklin Collection Service (Franklin) did not serve Defendant's Answer and Affirmative Defenses (Answer) on Plaintiff. Plaintiff only learned of the existence of the Answer purely by chance when he accessed PACER.

2. The Certificate of Service for the Answer indicated that service was implemented by using the CM/ECF system and not mailed to any party. Plaintiff is not on the CM/ECF system, is not required to be as a pro se party, and can be served properly only by mail.

3. Plaintiff called AT&T's and Franklin's attorney, Dale Golden, on May 14, 2009 to bring the issue to his attention. Mr. Golden apparently was not available, and Plaintiff spoke with his associate, Charles McHale, who indicated that he also represented the above defendants.

4. Plaintiff explained the above facts to Mr. McHale and asked that he and Mr. Golden serve all papers on Plaintiff by mail. Mr. McHale did not commit to do so and said that he did not know if the Answer had been mailed to Plaintiff.

5. Based on Plaintiff's review of PACER, Mr. Golden continues to file papers on behalf of his clients without serving Plaintiff.

6. Plaintiff has a right to be served with all papers in the case pursuant to Fed.R.Civ.P. 5. If the attorneys for AT&T and Franklin continue to file papers without serving Plaintiff, his rights will be severely compromised.

WHEREFORE, Plaintiff requests that AT&T and Franklin's Answer be stricken as a sham pleading for failure to serve it upon Plaintiff and further that these Defendants be ordered to serve Plaintiff by mail with all papers filed in the case.

Dated: May 21, 2009

Respectfully submitted,

*Larry Rumbough*
Larry Rumbough
840 Lilac Trace Lane
Orlando, FL 32828
321-331-1859

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been delivered this 21st day of May, 2009 by U.S. Mail delivery to:

Elizabeth R. Wellborn
1701 West Hillsboro, Blvd., Suite 307
Deerfield Beach, FL 33442

Dale T. Golden
Golden & Scaz, PLLC
2124 W. Kennedy Blvd., Suite A
Tampa, FL 33606

*Larry Rumbough*
Larry Rumbough
840 Lilac Trace Lane
Orlando, FL 32828
(321) 331-1859

## CERTIFICATION OF CONFERENCE

Plaintiff, Larry Rumbough, certifies that on May 14, 2009 he conferred in good faith regarding this motion as required by Local Rule 3.01(g) with Charles McHale, Attorney for AT&T, Inc. and Franklin Collection Service, Inc. Mr. McHale indicated that he opposed the motion.

*Larry Rumbough*
Larry Rumbough