UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LARRY RUMBOUGH,

          Plaintiff,

-vs-                                Case No. 6:09-cv-657-Orl-28GJK

AT&T INC., NATIONWIDE CREDIT, INC.,
FRANKLIN COLLECTION SERVICE, INC.

          Defendants.

## ORDER

This cause is before the Court on the following motion:

| | |
|---|---|
| **MOTION:** | **PLAINTIFF'S MOTION TO STRIKE AS A SHAM PLEADING DEFENDANTS AT&T, INC. AND FRANKLIN COLLECTION SERVICE, INC.'S DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES (Doc. No. 15)** |
| **FILED:** | May 21, 2009 |

**THEREON** it is **ORDERED** that the motion is **DENIED**. Defendants are directed to mail all pleadings and papers directly to Plaintiff at the address indicated on CM/ECF and certify on each such paper compliance with this directive. If Defendants have filed any papers in this case that have not been mailed directly to Plaintiff, they shall do so immediately.

DONE and ORDERED in Chambers, Orlando, Florida this 22 day of June, 2009.

JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Party