**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

LARRY RUMBOUGH,

Plaintiff,                              CASE NO.:  **6:09-cv-657-Orl-28GJK**

vs.

AT&T, INC.,
NATIONWIDE CREDIT, INC.,
and FRANKLING COLLECTION SERVICE, INC.

    Defendant.
_____/

## NOTICE OF APPEARANCE

COMES NOW, Charles J. McHale, and files this, his Notice of Appearance as counsel on behalf of the Defendants, AT&T, INC. and FRANKLING COLLECTION SERVICE, INC., in the above-referenced cause.

    Respectfully submitted,

    ___/s/ Charles J. McHale_____
    Charles J. McHale
    FBM:  0026555
    **GOLDEN & SCAZ, PLLC**
    2124 W. Kennedy Blvd., Ste. A
    Tampa, Florida 33606
    Phone:  (813) 251-5500
    Fax:  (813) 251-3675
    Charles.mchale@goldenscaz.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send notice of electronic filing to all counsel of record, this 10th day of August 2009.

    /s/ Charles J. McHale
CHARLES J. MCHALE, ESQUIRE